IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Goines Sr, Terrell B | Case Number: 07 B 18837 |
|---|---|---|
| | Goines, Janet E | Judge: Hollis, Pamela S |
| | Printed: 6/3/08 | Filed: 10/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 7, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,430.00 | |
| Secured: | | 959.15 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,351.50 |
| Trustee Fee: | | 287.74 |
| Other Funds: | | 831.61 |
| Totals: | 5,430.00 | 5,430.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,351.50 | 3,351.50 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 9,759.00 | 625.00 |
| 4. | Walter E Smithe Furniture | Secured | 3,201.00 | 334.15 |
| 5. | CitiMortgage Inc | Secured | 5,521.64 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 493.76 | 0.00 |
| 7. | Capital One | Unsecured | 7,770.48 | 0.00 |
| 8. | GMAC Auto Financing | Unsecured | 188.68 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 521.70 | 0.00 |
| 10. | Merrick Bank | Unsecured | 1,781.44 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 48.47 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,240.53 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,830.62 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 3,605.30 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,934.60 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,835.26 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 474.01 | 0.00 |
| 18. | Nicor Gas | Unsecured | 1,158.46 | 0.00 |
| 19. | Citicorp | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| | | | $ 45,716.45 | $ 4,310.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.75 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Goines Sr, Terrell B<br>Goines, Janet E<br>Printed: 6/3/08 | Case Number: 07 B 18837<br>Judge: Hollis, Pamela S<br>Filed: 10/12/07 |

```
              6.5%                 232.99
                                 _____
                                 $  287.74
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

